# Lochranns (Lamar) 12 Month Proforma

| | Month 1 3 May-11 | Month 2 4 Jun-11 | Month 3 5 Jul-11 | Month 4 6 Aug-11 | Month 5 7 Sep-11 | Month 6 8 Oct-11 | Month 7 9 Nov-11 | Month 8 10 Dec-11 | Month 9 11 Jan-12 | Month 10 12 Feb-12 | Month 11 1 Mar-11 | Month 12 2 Apr-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Typical Revenues | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 | $ 91,606 |
| Seasonality Factor | 120% | 120% | 120% | 100% | 80% | 80% | 80% | 90% | 90% | 75% | 150% | 90% |
| Growth Factor | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Total Bar Revenues | $ 109,927 | $ 109,927 | $ 109,927 | $ 91,606 | $ 73,285 | $ 73,285 | $ 73,285 | $ 82,445 | $ 82,445 | $ 68,705 | $ 137,409 | $ 82,445 |
| Gross Revenues | $ 109,927 | $ 109,927 | $ 109,927 | $ 91,606 | $ 73,285 | $ 73,285 | $ 73,285 | $ 82,445 | $ 82,445 | $ 68,705 | $ 137,409 | $ 82,445 |
| Discounts & Allowances | $ 6,596 | $ 6,596 | $ 6,596 | $ 5,496 | $ 4,397 | $ 4,397 | $ 4,397 | $ 4,947 | $ 4,947 | $ 4,122 | $ 8,245 | $ 4,947 |
| Net Revenues | $ 103,332 | $ 103,332 | $ 103,332 | $ 86,110 | $ 68,888 | $ 68,888 | $ 68,888 | $ 77,499 | $ 77,499 | $ 64,582 | $ 129,164 | $ 77,499 |
| Beverage Revenues | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 | $ 56,758 |
| Seasonality Factor | 120% | 120% | 120% | 100% | 80% | 80% | 80% | 90% | 90% | 75% | 150% | 90% |
| Growth Factor | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Bar Beverage | $ 68,110 | $ 68,110 | $ 68,110 | $ 56,758 | $ 45,406 | $ 45,406 | $ 45,406 | $ 51,082 | $ 51,082 | $ 42,569 | $ 85,137 | $ 51,082 |
| Total Beverage Revenues | $ 68,110 | $ 68,110 | $ 68,110 | $ 56,758 | $ 45,406 | $ 45,406 | $ 45,406 | $ 51,082 | $ 51,082 | $ 42,569 | $ 85,137 | $ 51,082 |
| Beverage COS % | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Total Beverage COS | $ 13,622 | $ 13,622 | $ 13,622 | $ 11,352 | $ 9,081 | $ 9,081 | $ 9,081 | $ 10,216 | $ 10,216 | $ 8,514 | $ 17,027 | $ 10,216 |
| Food Revenues | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 | $ 34,848 |
| Seasonality Factor | 120% | 120% | 120% | 100% | 80% | 80% | 80% | 90% | 90% | 75% | 150% | 90% |
| Growth Factor | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Bar Food | $ 41,818 | $ 41,818 | $ 41,818 | $ 34,848 | $ 27,878 | $ 27,878 | $ 27,878 | $ 31,363 | $ 31,363 | $ 26,136 | $ 52,272 | $ 31,363 |
| Total Food Revenues | $ 41,818 | $ 41,818 | $ 41,818 | $ 34,848 | $ 27,878 | $ 27,878 | $ 27,878 | $ 31,363 | $ 31,363 | $ 26,136 | $ 52,272 | $ 31,363 |
| Food COS % | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% |
| Total Food COS | $ 15,891 | $ 15,891 | $ 15,891 | $ 13,242 | $ 10,594 | $ 10,594 | $ 10,594 | $ 11,918 | $ 11,918 | $ 9,932 | $ 19,863 | $ 11,918 |
| Total COS | $ 29,513 | $ 29,513 | $ 29,513 | $ 24,594 | $ 19,675 | $ 19,675 | $ 19,675 | $ 22,134 | $ 22,134 | $ 18,445 | $ 36,891 | $ 22,134 |
| COS % | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% | 26.8% |
| Gross Profit | $ 73,819 | $ 73,819 | $ 73,819 | $ 61,516 | $ 49,213 | $ 49,213 | $ 49,213 | $ 55,364 | $ 55,364 | $ 46,137 | $ 92,274 | $ 55,364 |
| Gross Profit % | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% | 71.4% |
| Operating Costs | | | | | | | | | | | | |
| Base Rent | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 |
| CAM | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 |
| Occupancy Costs | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 |
| Property Taxes | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Payroll | $ 9,755 | $ 10,423 | $ 9,716 | $ 9,700 | $ 10,260 | $ 10,260 | $ 10,260 | $ 11,542 | $ 9,685 | $ 9,855 | $ 13,400 | $ 9,722 |
| Payroll Taxes | $ 2,439 | $ 2,606 | $ 2,429 | $ 2,425 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,886 | $ 2,421 | $ 2,464 | $ 3,350 | $ 2,431 |
| Repair & Maintenance | $ 1,303 | $ 1,303 | $ 1,675 | $ 1,489 | $ 1,489 | $ 1,489 | $ 1,675 | $ 2,233 | $ 1,582 | $ 1,861 | $ 2,233 | $ 1,675 |
| Communications | $ 261 | $ 261 | $ 335 | $ 298 | $ 298 | $ 298 | $ 335 | $ 447 | $ 316 | $ 372 | $ 447 | $ 335 |
| Credit Card Loan | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Equipment Rental | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| Merchandise | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 |
| Restaurant Supplies | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 | $ 2,706 |
| Merchant Account Fees | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 |
| Bank Charges | $ 261 | $ 261 | $ 335 | $ 298 | $ 298 | $ 298 | $ 335 | $ 447 | $ 316 | $ 372 | $ 447 | $ 335 |
| Advertising & Promotion | $ 521 | $ 521 | $ 670 | $ 595 | $ 595 | $ 595 | $ 670 | $ 893 | $ 633 | $ 744 | $ 893 | $ 670 |
| Legal & Professional Services | $ 261 | $ 261 | $ 335 | $ 298 | $ 298 | $ 298 | $ 335 | $ 447 | $ 316 | $ 372 | $ 447 | $ 335 |
| Postage Expense | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 |
| Permits | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Travel | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Entertainment | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| Utilities | $ 4,000 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 5,359 | $ 4,019 |
| Insurance | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 | $ 1,428 |

## Lochranns (Lamar) 12

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBW Tax | $ 9,535 | $ 9,535 | $ 9,535 | $ 7,946 | $ 6,357 | $ 6,357 | $ 6,357 | $ 7,152 | $ 7,152 | $ 5,960 | $ 11,919 | $ 7,152 |
| Sales Tax | $ 3,450 | $ 3,450 | $ 3,450 | $ 2,875 | $ 2,300 | $ 2,300 | $ 2,300 | $ 2,587 | $ 2,587 | $ 2,156 | $ 4,312 | $ 2,587 |
| Amegy Loan | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 | $ 4,927 |
| Debt Pool Repayment | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Fed Tax Repayment | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 | $ 5,605 |
| Misc Tax Repayment | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 | $ 219 |
| Total Operating Costs | $ 59,966 | $ 61,301 | $ 61,160 | $ 58,604 | $ 57,140 | $ 57,140 | $ 57,512 | $ 61,314 | $ 57,688 | $ 56,836 | $ 70,988 | $ 57,440 |
| Total Operating Cost % | 54.6% | 55.8% | 55.6% | 64.0% | 78.0% | 78.0% | 78.5% | 74.4% | 70.0% | 82.7% | 51.7% | 69.7% |
| NetProfit | $ 13,853 | $ 12,518 | $ 12,659 | $ 2,912 | $ (7,927) | $ (7,927) | $ (8,299) | $ (5,950) | $ (2,324) | $ (10,699) | $ 21,286 | $ (2,076) |
| Net Profit % | 12.6% | 11.4% | 11.5% | 3.2% | -10.8% | -10.8% | -11.3% | -7.2% | -2.8% | -15.6% | 15.5% | -2.5% |

# Lochranns (Lamar) 12 Month Proforma

| | Year 1 | % Rev |
|---|---:|---:|
| Typical Revenues | | |
| Seasonality Factor | | |
| Growth Factor | | |
| Total Bar Revenues | $ 1,094,692 | 100.0% |
| Gross Revenues | $ 1,094,692 | 100.0% |
| Discounts & Allowances | $ 65,682 | |
| Net Revenues | $ 1,029,010 | 94.0% |
| Beverage Revenues | $ 681,096 | |
| Seasonality Factor | | |
| Growth Factor | | |
| Bar Beverage | $ 678,258 | 62.0% |
| Total Beverage Revenues | $ 678,258 | 62.0% |
| Beverage COS % | | |
| Total Beverage COS | $ 135,652 | 12.4% |
| Food Revenues | $ 461,735 | 42.2% |
| Seasonality Factor | | 0.0% |
| Growth Factor | | 0.0% |
| Bar Food | $ 416,434 | 38.0% |
| Total Food Revenues | $ 482,862 | 44.1% |
| Food COS % | | |
| Total Food COS | $ 158,245 | 14.5% |
| **Total COS** | **$ 293,896** | **26.8%** |
| COS % | 26.8% | |
| **Gross Profit** | **$ 735,114** | **67.2%** |
| Gross Profit % | 71.4% | |
| Operating Costs | | |
| Base Rent | $ 13,500 | 1.2% |
| CAM | $ 9,000 | 0.8% |
| Occupancy Costs | $ 22,500 | 2.1% |
| Property Taxes | $ 1,200 | 0.1% |
| Payroll | $ 124,578 | 11.4% |
| Payroll Taxes | $ 31,144 | 2.8% |
| Repair & Maintenance | $ 20,007 | 1.8% |
| Communications | $ 4,003 | 0.4% |
| Credit Card Loan | $ - | 0.0% |
| Equipment Rental | $ 36,000 | 3.3% |
| Merchandise | $ 3,600 | 0.3% |
| Restaurant Supplies | $ 32,472 | 3.0% |
| Merchant Account Fees | $ 28,800 | 2.6% |
| Bank Charges | $ 4,003 | 0.4% |
| Advertising & Promotion | $ 8,000 | 0.7% |
| Legal & Professional Services | $ 4,003 | 0.4% |
| Postage Expense | $ 240 | 0.0% |
| Permits | $ 1,200 | 0.1% |
| Travel | $ 6,000 | 0.5% |
| Entertainment | $ 36,000 | 3.3% |
| Utilities | $ 53,878 | 4.9% |
| Insurance | $ 17,136 | 1.6% |

## Lochranns (Lamar) 12

| | Year 1 | % Rev |
|---|---:|---:|
| LBW Tax | $ 94,956 | 8.7% |
| Sales Tax | $ 34,356 | 3.1% |
| Amegy Loan | $ 59,124 | 5.4% |
| Debt Pool Repayment | $ 24,000 | 2.2% |
| Fed Tax Repayment | $ 67,260 | 6.1% |
| Misc Tax Repayment | $ 2,628 | 0.2% |
| **Total Operating Costs** | **$ 717,088** | **65.5%** |
| Total Operating Cost % | 65.5% | |
| **NetProfit** | **$ 18,025** | **1.6%** |
| Net Profit % | 1.6% | |