IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Lochrann's Irish Pub** | § | |
| **and Eatery, Ltd.** | § | Case No. **10-43929** |
| | § | (Chapter 11) |
| | § | |
| Debtor | § | |

**ORDER CONDITIONALLY APPROVING DEBTOR'S DISCLOSURE STATEMENT; FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION AND/OR OBJECTIONS TO CONFIRMATION OF PROPOSED PLAN AND SETTING HEARING TO CONSIDER FINAL APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT AND CONFIRMATION OF <u>DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION</u>**

On **March 10, 2011** a disclosure statement under Chapter 11 of the Bankruptcy Code having been filed ("Debtor's Disclosure Statement") by the Debtor, **Lochrann's Irish Pub and Eatery, Ltd.** ("Debtor"), along with a proposed Chapter 11 Plan of Reorganization filed ("Debtor's proposed Chapter 11 Plan"), and in light of the Debtor's election to be considered as a small business pursuant to §1121(e) of the Bankruptcy Code, the deadline for confirming a plan in a small business cases set forth in 11 U.S.C §1129(e), the manner in which the interests of all parties are served by an expedited confirmation process, and pursuant to the authority granted by 11 U.S.C. §1125(f)(3), the Court finds just cause exists to issue the following order:

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A.     the Debtor's Disclosure Statement filed on **March 10, 2011** is **CONDITIONALLY APPROVED**;

B.     on or before **March 15, 2011**, a copy of this Order, the Debtor's proposed Chapter 11 Plan or a summary or summaries thereof approved by the Court, the Debtor's Disclosure Statement as conditionally approved, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); however, in accordance with 11 U.S.C. §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the proposed plan;

C..     **April 15, 2011** is fixed as the last day for filing written acceptances or rejections of the Debtor's proposed Chapter 11 plan which must be received by **5:00 p.m. (CDT)** on that date at the offices of **Eric A. Liepens, 12770 Coit Road, Suite 1100 Dallas, TX 75251**, and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtor's proposed Chapter 11 plan without further Court order;

D.     **April 13, 2011** is fixed as the last day for filing and serving written objections to: (1) final approval of the Debtor's Disclosure Statement; or (2) confirmation of the Debtor's proposed Chapter 11 plan pursuant to Federal Rule of Bankruptcy

Procedure 3020(b)(1) and all comments or objections not timely filed and served by such deadline shall be deemed waived;

E.      The hearing to consider final approval of the Debtor's Disclosure Statement (if a written objection has been timely filed) **and** to consider the confirmation of the Debtor's proposed Chapter 11 Plan is fixed and shall be held on **April 21, 2011 at 11:00 a.m.** in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, Texas 75074, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

Signed on 03/10/2011

*Brenda T. Rhoades*      SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE