
03/31/2011

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE § 
 § 
LOCHRANN'S IRISH PUB & EATERY, LTD § CASE 10-43929-11
 § 
 DEBTOR §

ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES

CAME ON to be considered this day the Motion of Lochrann's Irish Pub & Eatery, Ltd., Debtor to Extend Time to Assume or Reject Leases ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the time for the Debtor to file a Motion to Assume of Reject leases is hereby extended until April 4, 2011.

Signed on 03/31/2011

_____ SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

# United States Bankruptcy Court
## Eastern District of Texas

In re:                                                           Case No. 10-43929-btr
Lochrann's Irish Pub and Eatery, Lt                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0540-4     User: carterl         Page 1 of 1              Date Rcvd: Mar 31, 2011
                         Form ID: pdf405       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2011.
```
db         +Lochrann's Irish Pub and Eatery, Ltd.,   8844 Rosemont Blvd.,   Knoxville, TN 37923-5711
intp       +Admiral Linen & Uniform Service,   2615 Lone Star Drive,   Dallas, TX 75212-6306
intp       +Amegy Bank,   P.O. Box 3029,   Houston, TX 77253-3029
cr         +BHFS III, LLC,   c/o Frisco Square,   8874 Coleman Blvd.,   Frisco, TX 75034-3208
intp       +Bizzy,   2812 Trinity Square,   Suite 100,   Carrollton, TX 75006-2464
intp       +Charles Anderson,   10399 Amy Court,   Inver Grove Heights, MN 55077-5247
cr         +City of Frisco,   Linebarger Goggan Blair & Sampson,LLP,   c/o Laurie Spindler Huffman,
             2323 Bryan Street,   Suite 1600,   Dallas, TX 75201-2644
intp       +CoServ,   P. O. Box 650785,   Dallas, TX 75265-0785
cr         +Collin County Tax Assessor Coll,   c/o David McCall,   777 East 15th Street,
             Plano, TX 75074-5799
intp        Collin County Tax Assessor/Collector,   2300 Bloomdale Road,   Suite 2324,
             Grand Prairie, TX  75050
intp       +Comptroller,   117 E. 17th Street,   Austin, TX 78711
intp       +Fairview Protection,   406 N. Allen Drive,   Allen, TX 75013-2500
intp       +Frisco Square,   8874 Coleman Blvd.,   Frisco, TX 75034-3208
intp        Internal Revenue Service,   1100 Commerce St.,   5024 DAL,   Dallas, TX  75242
intp       +Limited Sales Excise and Use Tax,   P.O. Box 149359,   Austin, TX 78714-9359
intp       +Liquid Environmental,   7651 Esters Blvd.,   Suite 200,   Irving, TX 75063-4034
intp       +Minol,   15280 Addison Road,   Suite 100,   Addison, TX 75001-4503
intp       +Motherfund Financial,   316 S. Goliad,   Suite 207,   Rockwall, TX 75087-3944
intp       +Rainmaker,   4319 McKinney Avenue,   Suite 102,   Dallas, TX 75205-4514
intp        Sysco Food Service of Dallas,   PO Box 560700,   Grand Prairie, TX  75053
intp       +Texas Alcoholic Beverage Commission,   P.O. Box 13127,   Austin, TX 78711-3127
intp       +Woodlander Environmental,   420 Woodhollow,   Wylie, TX 75098-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr          Amegy Bank National Association
cr          Texas Comptroller of Public Accounts
intp       ##+Sparkeling Image,   205 N. Lucas,   Grapevine, TX 76051-5051
```
                                                                                TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2011**                **Signature:** *Joseph Speetjens*